■ LISA SCHROEDER et al., Appellants, v ILENE BENSON, Respondent. [738 NYS2d 874] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Costello, J.), dated May

21, 2001, which granted the defendant's motion for summary judgment dismissing the complaint on the ground that the plaintiff Lisa Schroeder did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendant made a prima facie showing that the plaintiff Lisa Schroeder did not sustain a serious injury within the meaning of Insurance Law § 5102 (d). Thus, it was incumbent on the plaintiffs to come forward with admissible evidence sufficient to raise a triable issue of fact (*see, Gaddy v Eyler,* 79 NY2d 955). The plaintiffs failed to do so (*see, Taylor v Jerusalem Air,* 280 AD2d 466; *Grossman v Wright,* 268 AD2d 79, 84). Altman, J.P., Smith, Krausman, McGinity and Cozier, JJ., concur.